UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ADRIANO QUITERO RODRIGUEZ,

        Petitioner,

v.                         Case No.: 8:09-cv-01630-T-24-TGW
                                 8:04-cr-00084-T-24-TGW

UNITED STATES OF AMERICA,

        Respondent.
_____/

**ORDER DENYING SECOND
MOTION FOR RECONSIDERATION**

      The Court now considers Petitioner's second motion to reconsider the Court's order

denying his untimely motion pursuant to 28 U.S.C. § 2255.  (Doc. 8.)

      On October 27, 2009, the Court previously denied Petitioner's motion for

reconsideration.  (Doc. 7.)  Reconsideration, or rehearing, is "an extraordinary remedy to be

employed sparingly in the interests of finality and conservation of scarce judicial resources."

Int'l Union of Painters v. Argyros, No. 05-cv-1661, 2007 WL 1577840, at *1 (M.D. Fla. May 31,

2007).  Petitioner has not offered any new reasons, different from the ones already considered by

the Court in October, to cause the Court to reconsider its order.

      Accordingly, Petitioner's second motion for reconsideration (Doc. 8) is **DENIED**.

      Done in Tampa, Florida on May 3, 2010.

Copy to:
Adriano Qintero Rodriguez
#41809-018
P.O. Box 3001-0001
California City, California 93504

SUSAN C. BUCKLEW
United States District Judge

1